December 2, 1968.

C. Q. No. 649. STATE *ex rel* LOUIS B. FOUCHECOURT *v.* STEPHEN A. ADAMS. Motion of Court to dismiss appeal for lack of

prosecution in compliance with Rule 15 granted. *Herbert F. DeSimone,* Attorney General, for plaintiff. *Aram K. Berberian,* for defendant.

C. Q. No. 650. STATE *v.* ROBERT FRANCIS CARR, *alias.* Motion of Court to dismiss appeal for lack of prosecution in compliance with Rule 15 granted. *Herbert F. DeSimone,* Attorney General, for plaintiff. *Paul M. Chappell,* for defendant.